UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NIURKA FELICIANO,                          21-cv-3342 (JGK)

        Plaintiff,                    ORDER

- against -

RAMON CORCHADO, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendants should notify the Court by July 2, 2021 as to the principal place of business for defendants Ryder Truck Rental, Inc. and Ryder Integrated Logistics, Inc.

    In addition, the parties should notify the Court by July 2, 2021 if there is a jury demand in this case.

SO ORDERED.

Dated:    New York, New York
          June 21, 2021

                                          John G. Koeltl
                                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2021