UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NIURKA FELICIANO,

                Plaintiff,

    - against -

RAMON CORCHADO, ET AL.,

                Defendants.

21-cv-3342 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the parties to file the joint pretrial order, motions in limine, voir dire requests, and requests to charge is extended to July 22, 2022. Responses and objections are due by July 29, 2022. Ready trial, 48 hours' notice, August 12, 2022.

    The conference scheduled for July 7, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
           June 30, 2022

                            John G. Koeltl
                      United States District Judge